IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saucedo, Miguel | Case Number: 08 B 17390 |
|---|---|---|
|  | Saucedo, Christine E | Judge: Hollis, Pamela S |
|  | Printed: 11/11/08 | Filed: 7/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 7,000.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 1,879.21 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 50,000.00 | 0.00 |
| 5. | Cook County Treasurer | Unsecured | 5,620.70 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 3,212.40 | 0.00 |
| 7. | Nicor Gas | Unsecured |  | No Claim Filed |
| 8. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 9. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 10. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 67,712.31 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

